# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-8824 PA | Date | January 26, 2012 |
|---|---|---|---|
| Title | In re Jobita Sazo | | |
| | Bankruptcy No. 11-bk-43066 VZ | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS—ORDER TO SHOW CAUSE

      The Court has reviewed the Appeal Deficiency Notice prepared by the United States Bankruptcy Court. According to both the docket in this action and the Appeal Deficiency Notice, appellant Jobita Sazo ("Appellant") did not file a Notice Regarding the Ordering of Transcripts within fourteen days of the filing of her Notice of Appeal as required by the Federal Rules of Bankruptcy Procedure and the October 25, 2011 Notice Regarding Appeal from Bankruptcy. Appellant has, however, filed a Designation of Record and a Statement of Issues on Appeal.

      The Court concludes that as a result of Appellant's failure to timely file a Notice Regarding the Ordering of Transcripts, and Appellant's failure to timely order or file any transcripts, Appellant has consented to this appeal proceeding without any transcripts being part of the appellate record. This Court therefore requests that the United States Bankruptcy Court issue a Certificate of Readiness.

      IT IS SO ORDERED.


cc:   Clerk, United States Bankruptcy Court for the Central District of California